IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERRICK FREEMAN,

       Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-2269

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

Opinion filed July 9, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Derrick Freeman, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.